No. 90–8505. STENSTROM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–8506. SANDLIN v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 90–8507. QUINTERO-HOYOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–8509. CHRISTENSON v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 90–8510. ROBINSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–8511. KRAUSE v. GODINEZ, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–8512. JUDD v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 90–8513. COREAS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 90–8514. MILES v. ESTELLE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1. PHILLIPS PETROLEUM CO. ET AL. v. UNITED STATES; and
No. 91–34. PENNZOIL CO. ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied. Reported below: 923 F. 2d 830.

No. 91–2. TRANSPORTES AEREOS MERCANTILES PAN AMERICANOS, S. A., AKA TAMPA AIRLINES v. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–3. PELLETIER ET AL. v. ZWEIFEL. C. A. 11th Cir. Certiorari denied.

No. 91–5. CAMACHO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6. G. A. B. SERVICES, INC. v. COOPER ET AL. C. A. 10th Cir. Certiorari denied.